UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC S KEMP,<br><br>          Plaintiff,<br><br>    v.<br><br>CALIFORNIA CORRECTIONAL HEALTHCARE SERVICES,<br><br>          Defendant. | Case No. 24-cv-07281-TLT<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a prisoner at Correctional Training Facility, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. Plaintiff's complaint was dismissed, and plaintiff was directed to file a first amended complaint. Dkt. No. 10. The due date has now passed, and plaintiff has neither filed an amended complaint nor sought an extension of time to do so. Due to plaintiff's failure to comply with a court order and failure to prosecute, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: March 6, 2025

TRINA L. THOMPSON
United States District Judge